IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH COUNCIL,<br>　　　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | No. 3:24-CV-1370-D-BW |
| DRAFTKINGS, et al.,<br>　　　　Defendants. | §<br>§<br>§ | Referred to U.S. Magistrate Judge[1] |

# **ORDER**

On January 14, 2026, the undersigned recommended that the Court dismiss Plaintiff Kenneth Council's action with prejudice for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). (*See* Dkt. No. 22.) On January 17, 2026, Council filed objections to the recommendation and a motion for leave to file a second amended complaint. (*See* Dkt. No. 23.) Attached to Council's filing is a proposed Second Amended Complaint for Defamation and Tortious Interference. (*See id.* at 8-13.) In his proposed second amended complaint, Council invokes the Court's diversity jurisdiction and sues DraftKings, Inc. for defamation and tortious interference with existing contract. (*See id.* at 9, 11-12.)

Based on Council's filing and proposed second amended complaint, the undersigned **WITHDRAWS** the recommendation dated January 14, 2026, and pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court **GRANTS** Council's

---

[1] By Special Order No. 3-251, this pro se case has been automatically referred for judicial screening. By Special Order No. 3-354, it was transferred and reassigned to the undersigned on August 23, 2024. (*See* Dkt. No. 21.)

motion for leave to amend. The Clerk of the Court is **DIRECTED** to separately docket the proposed second amended complaint attached to Council's filing (Dkt. No. 23 at 8-13).

    **SO ORDERED** on January 21, 2026.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE